UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TARASIK ABDELL, et al.                    Index No. : 05 CV 8453

-v-                                       **AFFIDAVIT OF SERVICE**

THE CITY OF NEW YORK, et al.

---

State of New York  )
                   ) ss.:
County of New York )

Luis R. Ayala, being duly sworn, deposes and says that the deponent is not a party to this action, is over the age of eighteen years, is an independent process server (license number 1024905), and resides in the State of New York:

(1)   That on the 28th day of October 2005 at 10:11 a.m. deponent served a Summons and Complaint in the above-captioned matter upon Raymond Kelly, Commissioner of the NYPD at his place of employment, One Police Plaza, New York, NY 10038. The documents were accepted and signed for by PO Michelle Lambert, at the Legal Department, on the 14th floor. She was Caucasian, approximately 5'5", 175 pounds, 25 years old with brownish-blond hair.

(2)   That on the 3rd day of November 2005, deponent mailed true copies of the Summons and Complaint to Raymond Kelly at the same address where he was served. The envelope was marked "Personal and Confidential" and without any indication that communication was from an attorney or concerned any action against the individual. The envelope was placed in a U.S. mailbox at the post office located at Vermilyea and 204th Street,

1

New York, NY.

_____
Luis R. Ayala
109 Seaman Ave., #4E
New York, NY 10034

2

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

TARASIK ABDELL, et al.

V.

THE CITY OF NEW YORK, et al.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**05 CV 8453**

TO: (Name and address of Defendant)

Raymond Kelly
Commissioner of the NYPD
One Police Plaza
New York, NY 10038

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Spiegel
111 Broadway, Suite 1305
New York, NY 10006

an answer to the complaint which is served on you with this summons, within _____twenty_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON     SEP 3 0 2005

CLERK                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date             Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.