AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUNTERN          DISTRICT OF          NEW YORK

| Abdell, et al |
| v. |
| City of New York |

**APPEARANCE**

Case Number: | 1.05-cv-0853-kmk |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

plaintiffs

I certify that I am admitted to practice in this court.

| November 30, 2005 |
Date

Signature

| Alan Levine |   | 5297 |
Print Name          Bar Number

| 99 Hudson Street, 14th Floor |
Address

| New York, N.Y.  10013 |
City          State          Zip Code

| (212) 739-7506 |   | (212) 421-4376 |
Phone Number          Fax Number