

```
                                                        USDC SDNY
                                                        DOCUMENT
                                                        ELECTRONICALLY FILED
                                                        DOC #: _____
                                                        DATE FILED: 11/30/05
```

THE CITY OF NEW YORK

**MICHAEL A. CARDOZO**
*Corporation Counsel*

## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007-2601

**JEFFREY A. DOUGHERTY**
*Assistant Corporation Counsel*
Fax 212-788-9776   Phone 212-788-8342

**BY HAND**  October 26, 2005

The Honorable Kenneth M. Karas
United States District Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 920
New York, New York 10007-1312

        Re:    <u>Abdell v. City of New York,. et al.</u> 05 CV 8453

Dear Judge Karas:

I am an Assistant Corporation Counsel with the City of New York and I write in connection with the case captioned above, which is one of the cases that arises from arrests made during the Republican National Convention.[1] We represent Defendants the City of New York, Michael Bloomberg, Raymond Kelly and Terrence Monahan (collectively "Defendants") in this matter.

On or about October 11, 2005, Defendants were served with the Complaint in this case. Defendants respectfully request additional time to answer or otherwise move with respect to the Complaint. Defendants need this extension to investigate the allegations of the Complaint. We believe that records of the underlying criminal action against approximately the 150 Plaintiffs, including police records, have been sealed pursuant to New York Criminal Procedure Law § 160.50. We have forwarded individual consent and authorizations for the release of sealed records to Plaintiffs' counsel, so that Defendants can access the information, properly assess the case, and respond to the Complaint.

For the foregoing reasons, Defendants request a sixty day enlargement, which would make their due date December 30, 2005 for answering or otherwise moving with respect to the Complaint. Counsel for the Plaintiff, Michael L. Spiegel, Esq., has kindly consented to this request. We have not previously requested an extension of time to answer the Complaint. If this meets with your approval, would you kindly "so order" it?

Very truly yours,

*/s/ Jeffrey A. Dougherty*

Jay A. Kranis, Senior Counsel (JK 2576)
Jeffrey A. Dougherty, Assistant Corporation Counsel (JD 5224)

cc:    Michael L. Spiegel, Esq. (by fax)

*Handwritten: Defendants are given until December 30, 2005 to answer or otherwise respond to the Complaint.*

*So ordered.*

*/s/ [Judge]*

*11/30/05*
*Nunc Pro Tunc to 10/26/05*

---

[1] Currently, this case has been referred to your docket as related to <u>Macnamara v. City of New York</u>, 04-CV-9216.