UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

**TARASIK ABDELL, et al.,**

                      **Plaintiffs,**

       -versus-                                  **05 CV 8453 (KMK) (JCF)**

**THE CITY OF NEW YORK, et al.**

                      **Defendants.**

------------------------------------------------------------------------ x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Jeffrey A. Dougherty hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for Defendants the City of New York, Michael Bloomberg, Raymond Kelly and Terrence Monahan effective this date. Please serve a copy of all papers to be served in this matter, by ECF or otherwise, on appearing counsel.

Dated: New York, New York
       December 13, 2005

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of the City of New York
                                        *Counsel Defendants*

                                        By: _____/s/_____
                                             Jeffrey A. Dougherty (JD 5224)
                                             Special Assistant Corporation Counsel
                                             Special Federal Litigation
                                             100 Church Street, Room 3-135
                                             New York, New York 10007
                                             212-788-8342 (direct)
                                             212-788-9776 (fax)

cc: All Parties (by ECF)