AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Abdell, et al

v.

City of New York

APPEARANCE

Case Number: 1.05-cv-8453-kmk

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

plaintiffs

I certify that I am admitted to practice in this court.

December 19, 2005
Date

Signature

Alan Levine | 5297
Print Name | Bar Number

99 Hudson Street, 14th Floor
Address

New York, N.Y. 10013
City  State  Zip Code

(212) 739-7506 | (212) 421-4376
Phone Number | Fax Number