

# MEMO ENDORSED

THE CITY OF NEW YORK

## LAW DEPARTMENT

MICHAEL A. CARDOZO
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

JAMES MIRRO
*Special Assistant Corporation Counsel*
phone (212) 788-8026   fax (212) 788-9776

February 7, 2006

**BY FAX**

The Honorable James C. Francis IV
United States Magistrate Judge
Daniel Patrick Moynihan
   United States Courthouse
500 Pearl Street - Room 1960
New York, New York 10007-1312

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2/15/06

*DOCKET IN ALL CASES*

Re:   **<u>Crotty, et al. v. The City of New York, et al.</u> (USDC SDNY 05 CV 7577 (KMK) (JCF))**
      **<u>Abdell, et al. v. The City of New York, et al.</u> (USDC SDNY 05 CV 8453 (KMK) (JCF))**
      **<u>Scharf v. The City of New York, et al.</u> (USDC SDNY 05 CV 10012) (KMK) (JCF))**

Dear Judge Francis:

        On January 24, 2006, Your Honor ordered that plaintiffs in the above-captioned
actions "provide to defendants properly executed releases within ten (10) days of your order . . .
or be subject to the dismissal of their claims." (Exh. "A" hereto). Although plaintiffs have had
months to execute and return these simple forms (*see* Exh. "A" hereto), plaintiffs Kavita Kukarni
(<u>Crotty</u>), Laura Kressley (<u>Abdell</u>) and Andrea Scharf (<u>Scharf</u>) have not complied with your
Order. Accordingly, Defendants respectfully request that you dismiss all of the claims of these
plaintiffs with prejudice. *See* Rule 37(b)(2), 41(b) of the Federal Rules of Civil Procedure.

                                        Very truly yours,

                                        James Mirro

cc:   Counsel in the captioned cases (by email)
      Peter Farrell
      Fred Weiler
      Jed Weiss
      Jeff Dougherty

*2/15/06 Application denied with respect to plaintiff Laura Kressley, as the release has been provided. Application granted as unopposed with respect to plaintiff Kavita Kukarni to the extent that any claim for mental or emotional distress is dismissed. Plaintiff Andrea Scharf has been dealt with by separate order.*

*SO ORDERED.*
*James C. Francis IV*
*USMJ*