```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
FILED: 2/24/06
```

HARASS.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
TARASIS ABDELL, et al

                Plaintiffs,

      -versus-

THE CITY OF NEW YORK, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

STIPULATION OF
VOLUNTARY DISMISSAL BY
PLAINTIFF
WILLIAM STEYERT JR.

05 CV 8453 (KMK)(JCF)

WHEREAS, plaintiff WILLIAM STEYERT JR brought claims in this action by a Complaint filed September 30, 2005, and

WHEREAS, plaintiff STEYERT now wishes to voluntarily dismiss all claims brought by him in this action, without prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1);

IT IS HEREBY STIPULATED AND AGREED between all parties that all claims in the within action brought by plaintiff WILLIAM STEYERT JR. are hereby dismissed without prejudice.

Dated: New York, New York
         February 16, 2006

_____
MICHAEL L. SPIEGEL (MS 0856)
111 Broadway, Suite 1305
New York, New York 10006
(212) 587-4271
Attorney for Plaintiffs

MICHAEL A. CARDOZO
Corporation Counsel for the
City of New York
100 Church Street, Room 3-135
New York, New York 10007
(212) 788-8342
Attorney for Defendants

By: Jeffrey A. Dougherty   2/13/06
Assistant Corporation Counsel

SO ORDERED:

_____
U.S.D.J.   2/21/06