UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
TARASIK ABDELL, et al.,

                Plaintiffs,

   -versus-                                   05 Civ. 8453 (KMK)(JCF)

THE CITY OF NEW YORK; MICHAEL
BLOOMBERG, Mayor of the City of New York,
RAYMOND KELLY, Commissioner of the New
York City Police Department, TERRENCE            **NOTICE OF MOTION**
MONAHAN, Assistant Chief of the New York City
Police Department, and JOHN and JANE DOES,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      PLEASE TAKE NOTICE that, upon the declaration of Michael L. Spiegel dated March 17, 2005, and the exhibit annexed thereto, and the accompanying memorandum of law, and all the prior pleadings and proceedings herein, plaintiffs move this Court for an order, pursuant to Rule 15 of the Federal Rules of Civil Procedure, granting plaintiffs leave to file an amended complaint adding Thomas Galati as a defendant herein.

      PLEASE TAKE FURTHER NOTICE that, pursuant to Rules 6.1(b) and 6.3 of Local Civil Rules, answering papers, if any, are to be served within 10 business days of the service of the instant motion.

Dated: New York, New York
         March 17, 2006

                                                  s/
                                   MICHAEL L. SPIEGEL, ESQ. [MS-0856]
                                   Attorney for Plaintiffs
                                   111 Broadway, Suite 1305
                                   New York, NY 10006

(212) 587-8558

To: Jeffrey A. Dougherty, Esq.
Assistant Corporation Counsel
NYC Law Department
100 Church St., Rm. 3-135
New York, NY 10007