USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Tarasik Abdell, et al,**

                **Plaintiffs,**

-v-

**The City of New York, et al,**

                **Defendants.**

Case No. 05-cv-08453(KMK)(JCF)

ORDER

KENNETH M. KARAS, District Judge:

      The motion to amend the complaint is denied without prejudice for failure to comply with the Court's individual practices and the Local Rules of this District.

      The Court will construe this motion as a pre-motion letter to the Court. The defendants are to file a letter response to the Court not later than March 28, 2006.

      The Court will schedule a pre-motion conference for April 20, 2006 at 10:45am.

      The Clerk of the Court is directed to terminate the motion docketed as document #18.

SO ORDERED.

Dated:     March 21, 2006
             New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE