**MEMO ENDORSED**

Law Office of
**ALAN LEVINE**

99 Hudson Street, 14th Floor
New York, New York 10013

Tel: (212) 739-7506
Fax: (212) 431-4276

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/06

March 14, 2006

Hon. Kenneth M. Karas
United States District Judge
United States District Court
500 Pearl Street, Room 1960
New York, NY 10007-1312

Re:   *Tarasik Abdell, et al. v. The City of New York, et al.*, 05 CV 8453

Dear Judge Karas:

    I am an attorney for plaintiffs in the above-entitled action, which is one of the consolidated RNC cases. In one of those cases, *Kyla Hannah Hershey-Wilson v. City of New York*, 05 Civ. 7026, plaintiff has filed a motion pursuant to Rule 72, Fed.R.Civ.Proc., seeking review of a ruling by Magistrate Judge Francis concerning the production of psychotherapy records. Because the same issue will arise in *Abdell*, and because it presents an issue of great importance to the *Abdell* plaintiffs, I request permission to file a Memorandum of Law in support of the *Hershey-Wilson* motion. Assuming the request is granted, we would ask that the date for filing our Memorandum be scheduled to coincide with the date set for plaintiff to file her reply papers. We understand that those papers are currently due on March 24, 2006.

    Counsel for the *Hershey-Wilson* plaintiff consents to this application. The City has refused to give its consent.

Respectfully submitted,

*Alan Levine* LSD

Alan Levine

cc:   Jeffrey Dougherty
      Assistant Corporation Counsel

Denied.

SO ORDERED
KENNETH M. KARAS U.S.D.J.
3/23/06

1