

**MEMO ENDORSED**

| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | JEFFREY A. DOUGHERTY<br>*Special Assistant Corporation Counsel*<br>Room 3-135<br>Telephone: (212) 788-8342<br>Facsimile: (212) 788-9776<br>jdougher@law.nyc.gov |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/06

April 26, 2006

**BY HAND DELIVERY**

The Honorable Kenneth M. Karas
Unites States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street – Room 920
New York, New York 10007-1312

Re:   <u>Abdell, et al. v. City of New York, et al.</u>, 05 CV 8453 (KMK) (JCF)

Dear Judge Karas:

I write to request that Defendants be permitted submit their letter response to Plaintiffs' April 21, 2006 letter concerning the issue of relation back under <u>Rule 15(c) on or before Friday May 5, 2006</u>. Plaintiffs' counsel, Michael L. Spiegel has kindly consented to this brief extension of time. Thank you.

Very truly yours,

*Jeffrey A. Dougherty*

Jeffrey A. Dougherty

cc:   Michael L. Spiegel, Esq. (by Facsimile)
      Alan Levine, Esq. (by Facsimile)

SO ORDERED

KENNETH M. KARAS U.S.D.J.