UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tarasik Abdell, et al
                 Plaintiffs.

-v-

The City of New York, et al,
                 Defendants.

Case No.

05-cv- 8453 (KMK)(JCF)

ORDER
ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/06

KENNETH M. KARAS, District Judge:

        The above-entitled action having been assigned to the undersigned for all purposes, it is hereby

        ORDERED, that counsel who will try the case appear for a status conference on June 6, 2006 at 2:30pm in the United States Federal Courthouse- 500 Pearl Street, New York, New York, Courtroom 21D.

Dated: May 25, 2006
        New York, New York

                                        KENNETH M. KARAS
                                        UNITED STATES DISTRICT JUDGE