THE LAW OFFICES OF
**MICHAEL L. SPIEGEL**
111 BROADWAY, SUITE 1305
NEW YORK, NEW YORK 10006
TEL:(212)587-8558    FAX:(212)571-7767

**MEMO ENDORSED**

June 6, 2006

**BY FAX TO (212)805-7930**
Hon. James C. Francis IV
United States Magistrate Judge
United States District Court
500 Pearl Street, Room 1960
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/06

Re:   Abdell, et al. v. City of New York, et al.
      05 Civ. 8453 (KMK)(JCF)

Dear Judge Francis:

I write pursuant to the discussion at yesterday's conference concerning plaintiffs' notice of deposition to police officer Brian Wells, one of the arresting officers at the mass arrest incident at issue in this case. As I informed the Court, the Notice of Deposition was served on April 14, 2006, but a date has not yet been arranged for officer Wells' deposition, partly due to the fact that he is apparently no longer employed by the NYPD.

Plaintiffs respectfully request that Your Honor order that the deposition of officer Wells take place at a time mutually convenient to the parties on or before June 30, 2006.

Respectfully submitted,

Michael L. Spiegel

MLS:ms

cc: A.C.C. Jeffrey A. Dougherty (by fax)

6/6/06

Application granted.
SO ORDERED.
James C. Francis IV
USMJ