THE LAW OFFICES OF

# MICHAEL L. SPIEGEL

111 BROADWAY, SUITE 1305
NEW YORK, NEW YORK 10006
TEL:(212)587-8558    FAX:(212)571-7767

September 20, 2006

**MEMO ENDORSED**

**BY FAX TO (212)805-7930**
Hon. James C. Francis IV
United States Magistrate Judge
United States District Court
500 Pearl Street, Room 1960
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/06

Re: Abdell, et al. v. City of New York, et al.
05 Civ. 8453 (KMK)(JCF)

Dear Judge Francis:

I am an attorney for plaintiffs in the above-referenced matter, which is one of the RNC Cases. In a decision filed September 12, 2006, Judge Karas denied plaintiffs' request to amend the complaint in this action to add Inspector Thomas Galati as a defendant with respect to *state law claims*. As Judge Karas points out, however, "[d]efendants concede that there is no bar to adding Galati as a Defendant on Plaintiffs' federal claims." *Abdell v. City of New York*, 2006 U.S. Dist. LEXIS 65222 at *2 (S.D.N.Y., Sept. 12, 2006).

Plaintiffs respectfully request that this Court enter an order permitting plaintiffs to file an Amended Complaint naming Inspector Galati as a defendant on federal claims.

Very truly yours,

M. Spiegel
Michael L. Spiegel

MLS:ms

cc: A.C.C. Jeffrey A. Dougherty (by fax)

9/27/06

Application granted.
SO ORDERED.
James C. Francis IV
USMJ