THE LAW OFFICES OF
## MICHAEL L. SPIEGEL
111 Broadway, Suite 1305
New York, New York 10006
Tel: (212) 587-8558
Fax: (212) 571-7767

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/0
```

October 3, 2006

**BY FAX TO (212)805-7930**
Hon. James C. Francis IV
United States Magistrate Judge
United States District Court
500 Pearl Street, Room 1960
New York, NY 10007-1312

File in: 04 civ. 9216 (KMK)
and
05 civ. 8453 (KMK)

Re:  RNC Consolidated Cases (KMK)(JCF)

Dear Judge Francis:

I write concerning the briefing schedule on the undersigned's September 28, 2006, letter application to compel production of all CCRB records concerning the RNC (and the September 29, 2006, letter from Beldock, Levine & Hoffman, on behalf of the *MacNamara* plaintiffs). Assistant Corporation Counsel Jeffrey A. Dougherty has requested that the City have until October 27, 2006, to file a response, and plaintiffs request until November 6, 2006, for any reply.

Respectfully submitted,

*M. Spiegel*
Michael L. Spiegel
[MS-0856]

MLS:ms

cc:  A.C.C. Jeffrey A. Dougherty, Esq. (by email)
     Clare Norins, Esq. (by email)

10/3/06
This schedule is adopted.
SO ORDERED.
James C. Francis IV
USMJ