

# MEMO ENDORSED

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JAMES MIRRO
*Special Assistant Corporation Counsel*
*phone (212) 788-8026  fax (212) 788-9776*

November 3, 2006

**BY FAX**

The Honorable James C. Francis IV
United States Magistrate Judge
Daniel Patrick Moynihan
 United States Courthouse
500 Pearl Street - Room 1960
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/06
```

Re: *MacNamara, et al. v. The City of New York, et al.* (04 CV 9216 (KMK) (JCF))
    *Abdell, et al. v. The City of New York, et al.* (05 CV 8453 (KMK)(JCF))
    *Adams, et al. v. The City of New York, et al.* (05 CV 9484 (KMK)(JCF))

} DOCKET IN ALL CASES

Dear Judge Francis:

I write in response to plaintiffs' letters to you in the foregoing cases seeking sanctions based upon defendants' discovery responses in those cases. Defendants' responses to those motions are due today. I have consulted with Clare Norins for plaintiffs in MacNamara and with Michael Spiegel for plaintiffs in Abdell and Adams and both have consented to a seven day extension on defendants' deadline to respond to those motions. Accordingly, defendants respectfully request that they be permitted through next Friday, November 10, 2006, to respond to plaintiffs' motions. Thank you.

Very truly yours,

James Mirro

cc: Clare R. Norins, Esq. (by fax)
    Michael Spiegel, Esq. (by fax)

11/7/06
Application granted.
SO ORDERED.
James C. Francis IV
USMJ