UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TARASIK ABDELL, et al.,           )
                                  )
                  Plaintiffs,     )     **AFFIDAVIT OF SERVICE**
                                  )
     -against-                    )     **05 CV 8453 (KMK)(JCF)**
                                  )
THE CITY OF NEW YORK, et al.      )
                                  )
                  Defendants.     )
------------------------------------------------------------X

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

      I, Julie Gersten, being duly sworn, depose and say: that I am over eighteen years of age and am employed by Michael L. Spiegel, Esq., with offices located at 111 Broadway, Suite 1305, New York, New York 10006.

      On November 9, 2006, I served a copy of the within Amended Summons and Complaint on:

Deputy Chief Thomas Galati
One Police Plaza
Intelligence Division, 11th Floor
New York, NY 10038

by delivering a true copy thereof personally to P.O. Sclafani, a person of suitable age and discretion authorized to accept service for the above person at the above location. P.O. Sclafani is a white female, approximately 5'7", between 25 and 40 years of age.

      On November 9, 2006, I mailed a true copy of the Amended Summons and Complaint to defendant Deputy Chief Thomas Galati. The documents were sent in an envelope to the same address where documents had been served. The envelopes were marked "Personal and Confidential" and without any indication that communication was from an attorney or concerned any action against the defendants. The envelope was deposited in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                  _____
                                                Julie Gersten

Sworn to before me this 9th
day of November, 2006

_____
Notary Public

MICHAEL L. SPIEGEL
Notary Public, State of New York
No. 31-5072155
Qualified in New York County
Commission Expires Jan. 27, 2007

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

TARISIK ABDELL, et al.,

**AMENDED**
SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 05 CV 8453 (KMK) (JCF)

THE CITY OF NEW YORK, et al.

TO: (Name and address of defendant)

Deputy Chief Thomas Galati
One Police Plaza
Intelligence Division, 11th Floor
New York, NY 10038

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael L. Spiegel
111 Broadway, Suite 1305
New York, NY 10006

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

*Marcos Quintero*

(BY) DEPUTY CLERK

DATE  OCT 0 4 2006

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
              Date                                                  Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.