

**MEMO ENDORSED**

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JEFFREY A. DOUGHERTY
*Special Assistant Corporation Counsel*
Room 3-126
Telephone: (212) 788-8342
Facsimile: (212) 788-9776
jdougher@law.nyc.gov

**BY FACSIMILE**

The Honorable James C. Francis IV
Unites States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street – Room 1960
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/06

November 29, 2006

Re:   Abdell, et al. v. City of New York, et al., 05 CV 8453 (KMK) (JCF)

Dear Judge Francis:

I write regarding the due date for defendant Galati's answer to the Amended Complaint in the above captioned action. Defendant Galati was served with the Amended Complaint in this action on or about November 9, 2006 and his answer is due today. However, plaintiffs have advised of their intention to file a Second Amended Complaint. Accordingly the parties jointly submit that in the interest of efficiency and judicial economy that defendant Galati not be required to answer the Amended Complaint. After the Second Amended Complaint is filed, all defendants, including defendant Galati, will provide their answer jointly. If this meets with your approval, would you kindly "so order" it?

Very truly yours,

*Jeffrey A. Dougherty*
Jeffrey A. Dougherty

cc:   Michael L. Spiegel, Esq. (by Facsimile)

11/30/06
Application granted.
SO ORDERED.
*James C. Francis IV*
USMJ