THE LAW OFFICES OF
## MICHAEL L. SPIEGEL
111 Broadway, Suite 1305
New York, New York 10006
Tel: (212) 587-8558
Fax: (212) 571-7767

**MEMO ENDORSED**

December 15, 2006

**BY FAX TO (212)805-7930**
Hon. James C. Francis IV
United States Magistrate Judge
United States District Court
500 Pearl Street, Room 1960
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/06
```

Re:  Abdell, et al. v. City of New York, et al., 05 Civ. 8453 (KMK)(JCF)

Dear Judge Francis:

Because of a clerical error in the Amended Complaint which was filed in this case, plaintiffs must file a Second Amended Complaint. By letter dated December 13, 2006, Assistant Corporation Counsel Jeffrey A. Dougherty consented to the filing of the new complaint. Would you be so kind as to "So Order" permission to file it, so that the Clerk will accept the Second Amended Complaint.

Respectfully submitted,

*/s/ M. Spiegel*

Michael L. Spiegel
[MS-0856]

MLS:ms

cc: A.C.C. Jeffrey A. Dougherty (by fax)

12/15/06
Application granted.
SO ORDERED.
James C. Francis IV
USMJ