## BELDOCK LEVINE & HOFFMAN LLP
### 99 PARK AVENUE
NEW YORK, N.Y. 10016-1503

TEL: (212) 490-0400
FAX: (212) 557-0565
WEBSITE: blhny.com

ELLIOT L. HOFFMAN
MYRON BELDOCK
BRUCE E. TRAUNER**
PETER S. MATORIN
KATHERINE G. THOMPSON
ROBERT L. HERBST*
JONATHAN MOORE***
CYNTHIA ROLLINGS
KAREN L. DIPPOLD
JEFFREY A. GREENBERG
JONATHAN K. POLLACK

VERA M. SCANLON

LAWRENCE S. LEVINE (1934-2004)

SPECIAL COUNSEL
MARJORY D. FIELDS

**MEMO ENDORSED**

* ADMITTED IN PENNSYLVANIA
** ALSO ADMITTED IN FLORIDA
*** ALSO ADMITTED IN CALIFORNIA

REF: 3191.31

WRITER'S DIRECT DIAL: 212-277-5897



December 28, 2006

**By Hand**
The Honorable Kenneth M. Karas
United States District Court
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York

Re:   Schiller v. City of New York, 04-cv-7922; Dinler v. City of New York, 04-cv-7921; Abdell v. City of New York, 05-cv-8453

(KMK)(JCF)

Your Honor:

    We represent the War Resisters League (WRL) and Frida Berrigan with regard to a motion submitted to Magistrate Judge Francis by the defendants in the above-referenced cases to compel their compliance with a third-party subpoena for certain WRL documents relating to the Republican National Convention (RNC) mass arrest cases. The defendants are represented by the Corporation Counsel of the City of New York.

    We write to request the Court's approval of a briefing schedule of the defendants' appeal of Magistrate Judge Francis's December 7th denial of the motion to compel production of WRL's documents. On the afternoon of December 22nd, the defendants served their FRCP 72 motion appealing Magistrate Judge Francis's decision. We make this request because a) of the Christmas and New Year's holidays; b) Alan Levine and Michael Spiegel who are counsel for Mr. Hedemann, a subject of the subpoena/demands regarding the WRL's documents, are out of town until next week; c) the WRL membership will not be meeting until the early new year to review this matter; and d) of the professional obligations of the undersigned. We propose the following schedule:

    WRL/Berrigan/Hedemann opposition to be served January 19, 2007, and

    Defendants' reply to be served February 9, 2007.

    Defendants' counsel consents to this schedule. This is our first request for approval of this schedule. As to the original due dates, if the appeal is considered a civil motion, under Local Rule 6.1(b), our opposition is due January 9th, and the defendants' reply is January 16th.

Page Two
December 28, 2006

    Accordingly, we respectfully request that the Court endorse this schedule.

Respectfully submitted,

Vera M. Scanlon (VS1522)

cc: **BY HAND**
Corporation Counsel by
    Fred Weiler, ACC
    Peter Farrell, ACC

**BY MAIL**
Michael Spiegel, Esq.
Alan Levine, Esq.

**BY EMAIL**
RNC cases counsel

The briefing schedule for Defendants' appeal, as discussed herein, is approved.

SO ORDERED

KENNETH M. KARAS U.S.D.J.
1/3/07