# Exhibit 3

ED HEDEMANN hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I have been a member of the War Resisters League (WRL) since 1969, and helped to form a local group in Austin, Texas in 1970.

2. I was a member of the WRL national staff from 1973 to 1986. I helped form a NYC WRL local group in 1974 and again in 2002. I continue to be actively involved with the NYC WRL local group.

3. I joined the WRL because it was a secular radical nonviolent organization that supported conscientious objectors and resisters not only to the Vietnam War but to all wars. WRL has been at the forefront of organizing rallies, teach-ins, marches, civil disobedience actions, other demonstrations against war, the causes of war, and the government's frequent abuses of power. The WRL has also provided information about the nonpayment of taxes for war.

4. As a result of this very public and outspoken organizing, the WRL has been the subject of aggressive government surveillance by the FBI, CIA, Selective Service, Secret Service, Department of Justice, and the IRS, among other government agencies. WRL was also the object of COINTELPRO, a counter-intelligence program of the Nixon administration that sought to undermine dissent through dirty tricks and the spread of disinformation in the early 1970s.

5. Bank accounts of the WRL have been seized by the IRS. There is also reason to believe that the NYC Police Department was involved in, or at least complicit with, the stealing of the WRL's mailing list and the trashing of its offices in 1969.

6. As a result of papers I have obtained through the Freedom of Information Act, among other sources, I have discovered that many of these same government agencies also reported on

me, had covert government agents at meetings I attended, demonstrations I organized, and even questioned neighbors about me because of my anti-war activities.

7. Because the WRL has been viewed with such suspicion and hostility by agencies of the national and City governments, it is obvious that the disclosure of members' names is likely to subject them to adverse social, political, and economic consequences.

*Ed Hedemann* (signature)

_____
Ed Hedemann

November 1, 2006