UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Michael Schiller, Francesca Fiorentini,
Robert Curley and Neal Curley,

Plaintiffs,

v.

The City of New York et al.,                                      04 CV 7922 (KMK) (JCF)

Defendants.
------------------------------------------------------------X
Hacer Dinler, Ann Maurer, and Ashley Waters,

Plaintiffs,

v.

The City of New York et al.,                                      04 CV 7921 (KMK) (JCF)

Defendants.
------------------------------------------------------------X
Tarasik Abdell, et al.,

Plaintiffs,

v.

The City of New York et al.,                                      05 CV 8453 (KMK) (JCF)

Defendants.
------------------------------------------------------------X

State of New York
           Ss.
County of New York

    Anna Dojka, being duly sworn, deposes and says:

      I am not a party to the action, am over 18 years of age and reside in Bergen County, New Jersey. On January 19, 2007, I served the within **MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' RULE 72 MOTION ON BEHALF OF THIRD-PARTY RESPONDENTS FRIDA BERRIGAN AND THE WAR RESISTERS LEAGUE** by depositing same in a properly addressed wrapper into the custody of the United States mail in

a depository located at Park Avenue and East 40th Street, New York, addressed to the last-known address of the addressee as indicated:

    Fred M. Weiler, ACC
    Special Federal Litigation Division
    Office of the Corporation Counsel of
    the City of New York
    100 Church Street
    New York, New York 10007

    Michael L. Spiegel, Esq.
    111 Broadway, Suite 1305
    New York, New York 10006

    Alan Levine, Esq.
    PRLDEF
    99 Hudson Street, 14th Floor
    New York, New York 10013

                                  _____
                                  Anna Dojka

Sworn and subscribed to before me
this ___ day of January 2007

_____
Notary Public

                          VERA M. SCANLON
                NOTARY PUBLIC STATE OF NEW YORK
                      NO. 02SC5061891
                 QUALIFIED IN KINGS COUNTY
              COMMISSION EXPIRES JUNE 17,