01/23/2007 16:58 FAX Case 1:05-cv-08453-RJS-JCF Document 75 Filed 01/25/2007 Page 1 of 1 ☒002

<br>

**MEMO ENDORSED**

Law Office of
**ALAN LEVINE**

99 Hudson Street, 14th Floor          Tel: (212) 739-7506
New York, New York 10013             Fax: (212) 431-4276

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/07

January 23, 2007

**By Telefax**
Hon. Kenneth M. Karas
United States District Judge
United States District Court
500 Pearl Street, Room 1960
New York, NY 10007-1312

    Re: *Abdell, et al. v. The City of New York, et al.*, 05 CV 8453 (KMK)(JCF)

Dear Judge Karas:

    I am an attorney for plaintiffs in the above-entitled action. I have a January 5, 2006 letter from James Mirro, counsel for defendants, requesting an additional week in which to file a brief in opposition to plaintiffs' Rule 72 objections. I'm told by your clerk that you have endorsed Mr. Mirro's request and that his brief is now due on January 12.

    Had I been asked, which I was not, I would have consented to the extension, so long as Mr. Mirro consented to accommodate my schedule. Under the original schedule, I would have had 14 days, that is, from January 5 until January 19, to reply to defendants' brief. I am leaving the country on January 26 and will not return until February 3. In order that I may have the same 14 days to reply to defendants' brief, I request that I be given until February 9, 2006 in which to reply.

                                                    Respectfully submitted,

                                                    Alan Levine

cc:   James Mirro, Esq. (By Telefax)

*[Handwritten endorsement:]* Plaintiffs are given until February 9, 2007 to submit their reply to the Rule 72 objections. SO ORDERED.
KENNETH M. KARAS U.S.D.J.
1/23/07