UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

TARASIK ABDELL, et al.,

                              Plaintiffs,

-against-

THE CITY OF NEW YORK; MICHAEL
BLOOMBERG, Mayor of the City of New York,
RAYMOND KELLY, Commissioner of the New York
City Police Department, TERRENCE MONAHAN,
Assistant Chief of the New York City Police
Department, and JOHN and JANE DOES,

                              Defendants.

**RULE 68 OFFER OF JUDGMENT**

05 CV 8453 (KMK) (JCF)

------------------------------------------------------------------ x

      Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendant City of New York hereby offers to allow each and every plaintiff identified in Exhibit A attached hereto to take judgment against it in this action for the sum of TWO THOUSAND FIVE HUNDRED AND ONE ($2,501.00) DOLLARS, plus that plaintiff's pro rata apportionment of the reasonable attorneys' fees and costs to the date of this offer.

      Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendant City of New York hereby offers to allow each and every plaintiff identified in Exhibit B attached hereto to take judgment against it in this action for the sum of FIVE THOUSAND AND ONE ($5,001.00) DOLLARS, plus that plaintiff's pro rata apportionment of the reasonable attorneys' fees and costs to the date of this offer.

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendant City of New York hereby offers to allow each and every plaintiff identified in Exhibit C attached hereto to take judgment against it in this action for the sum of SEVEN THOUSAND FIVE HUNDRED AND ONE ($7,501.00) DOLLARS, plus that plaintiff's pro rata apportionment of the reasonable attorneys' fees and costs to the date of this offer.

This judgment shall be in full satisfaction of all claims or rights that the accepting plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of defendants City of New York, Michael Bloomberg, Raymond Kelly and Terrence Monahan and any official or employee, either past or present, of the City of New York, or any agency thereof, including but not limited to the New York City Health and Hospitals Corporation, and the Hudson River Park Trust, in connection with the facts and circumstances that are the subject of this action.

This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure, and is not to be construed as an admission of liability by any defendant, official or employee of the City of New York, or any agency thereof; nor is it an admission that the accepting plaintiff has suffered any damages.

Acceptance of this offer of judgment will act to release and discharge all defendants, their successors and assigns, and all past and present officials, employees, representatives and agents of the City of New York, or any agency thereof, including but not limited to the New York City Health and Hospitals Corporation, and the Hudson River Park Trust, from any and all claims that were or could have been alleged by the accepting plaintiff in the above-referenced action. Acceptance of this offer of judgment will also operate to waive the accepting plaintiff's right to a claim for interest on the amount of the judgment. The judgment shall contain and recite the terms and conditions set forth herein.

Dated:    New York, New York
          March 6, 2006

                        MICHAEL A. CARDOZO
                        Corporation Counsel of the
                          City of New York
                        Attorneys for defendants
                        100 Church Street, Room 3-135
                        New York, New York 10007
                        212-788-8342

              By:     */s/ Jeffrey A. Dougherty*
                        Jeffrey A. Dougherty (JD 5224)
                        Special Assistant Corporation Counsel
                        Special Federal Litigation Division

BY HAND TO:    Michael L. Spiegel, Esq.
               111 Broadway, Suite 1305
               New York, New York 10006
               Attorney for plaintiffs

# EXHIBIT A

| Name of Plaintiff | Rule 68 Offer of Judgment |
|---|---|
| Abdell, Tarasik | $2,501 |
| Amato, Joseph | $2,501 |
| Barfield, Ellen | $2,501 |
| Barrows, David | $2,501 |
| Becker, Michael | $2,501 |
| Beeny, Diana | $2,501 |
| Behling, John | $2,501 |
| Benn, Ruth | $2,501 |
| Bhalla, Arvin | $2,501 |
| Burns, Daniel | $2,501 |
| Capps, Linnea | $2,501 |
| Church, Mark | $2,501 |
| Colville, Mark | $2,501 |
| Conwell, William | $2,501 |
| Cook, Colleen | $2,501 |
| Csonstos, Richard | $2,501 |
| Davis, Felton | $2,501 |
| Demott, Peter | $2,501 |
| Dickerson, Dewayne | $2,501 |
| Dietzen, Matthew | $2,501 |
| Doggett, Lois | $2,501 |
| Dorias, Jason | $2,501 |
| Drummond, Alexander | $2,501 |
| Ekberg, Steveb | $2,501 |
| Evans, Calla | $2,501 |
| Feinstein, Adam | $2,501 |
| Flynn, James | $2,501 |
| Gale, Howard | $2,501 |
| Gamboa, Stephen | $2,501 |
| Gaster, Gabriel | $2,501 |
| Gaster, Tobiah | $2,501 |
| Goldberg, Charles | $2,501 |
| Gooekler, Thomas | $2,501 |
| Gordon, David | $2,501 |
| Gordon, Kathy | $2,501 |
| Gross, Barrett | $2,501 |
| Gwsborg, Zoe | $2,501 |
| Hernandez, Kathleen | $2,501 |
| Hill, Roger | $2,501 |
| Hottle, Ryan | $2,501 |
| Howe, Janet | $2,501 |
| Hunt, Ben | $2,501 |
| Hutchkiss, Edward | $2,501 |
| Iannucci, Rochelle | $2,501 |
| Ivors, Tom | $2,501 |
| Jenkins, Dwight | $2,501 |

| Name of Plaintiff | Rule 68 Offer of Judgment |
|---|---|
| Joseph, Michael | $2,501 |
| Judd, Pepper | $2,501 |
| Kantor, Jay | $2,501 |
| Kavanagh, Brian | $2,501 |
| Kinane, Ed | $2,501 |
| Kocek, Matthew | $2,501 |
| Kressly, Laura | $2,501 |
| Lakem, Andrew | $2,501 |
| Lalonde, Tessa | $2,501 |
| Lanctot, Jared | $2,501 |
| Larson, Richard | $2,501 |
| Lavson, Jason | $2,501 |
| Liptay, Steve | $2,501 |
| Logan, Jonathan | $2,501 |
| Marx, Joy | $2,501 |
| Meisinger, Barbara | $2,501 |
| Migliore, Tristan | $2,501 |
| Miller, Zachery | $2,501 |
| Minervini, Robert | $2,501 |
| Murray, Chris | $2,501 |
| Nechay, Mark | $2,501 |
| Noonan, James | $2,501 |
| O'Leary, Anthony | $2,501 |
| O'Reillyrowe, Daniel | $2,501 |
| Owen, Michael | $2,501 |
| Palmer, Michael | $2,501 |
| Pardew, Christine | $2,501 |
| Paris, Lawrence | $2,501 |
| Parry, Nathaniel | $2,501 |
| Petrello, Shannon | $2,501 |
| Petrick, Stephen | $2,501 |
| Raymond, Laura | $2,501 |
| Renwick, Bruce | $2,501 |
| Richins, Adam | $2,501 |
| Rigby, Shana | $2,501 |
| Riverbend, Dana | $2,501 |
| Robinson, Raymond | $2,501 |
| Rochfort, Lambert | $2,501 |
| Rosenberg, Ronald | $2,501 |
| Rueckner, Devon | $2,501 |
| Sanchez, Frankie | $2,501 |
| Sanmarchi, Rondald | $2,501 |
| Scofield, Steven | $2,501 |
| Seniba, Anais | $2,501 |
| Sensiba, Gordon | $2,501 |
| Siegel, Robert | $2,501 |
| Spritzer, Selma | $2,501 |
| Stephens, Mora | $2,501 |
| Stlawrence, Andrew | $2,501 |

| Name of Plaintiff | Rule 68 Offer of Judgment |
|---|---:|
| Swink, Theresa | $2,501 |
| Taylor, Hannah | $2,501 |
| Testa, Emily | $2,501 |
| Trinkl, John | $2,501 |
| Trudell, Ann | $2,501 |
| Turner, Christy | $2,501 |
| Valente, Johanna | $2,501 |
| Volpe, Patrick | $2,501 |
| Vreelan, Zak | $2,501 |
| Walker, Frantz | $2,501 |
| White, James | $2,501 |
| Wieland, Patricia | $2,501 |
| Wilson, James | $2,501 |
| Wright, Matthew | $2,501 |
| Wu, Roussa | $2,501 |
| Zambeck, Thomas | $2,501 |

# EXHIBIT B

| Name of Plaintiff | Rule 68 Offer of Judgment |
| --- | --- |
| Ashbeck, Gary | $5,001 |
| Bernard, Benjamin | $5,001 |
| Burick, Kathleen | $5,001 |
| Catchpole, Thomas | $5,001 |
| Cavanhagh, Joan | $5,001 |
| Cohen, Jeff | $5,001 |
| Davies, Polly | $5,001 |
| Debruhl, Patricia | $5,001 |
| Ditman, Walter | $5,001 |
| Dornellas, Susan | $5,001 |
| Gibbons, Edward | $5,001 |
| Glick, John | $5,001 |
| Hedemann, Edmund | $5,001 |
| Janney, Jennifer | $5,001 |
| Kern, Kimberly | $5,001 |
| Knapp, Joshua | $5,001 |
| Krassan, Katherine | $5,001 |
| Miller, John | $5,001 |
| Nicinski, Blossom | $5,001 |
| Parrott, Daniel | $5,001 |
| Schenning, Matt | $5,001 |
| Williamson, James | $5,001 |
| Wilson, Teran | $5,001 |
| Wong, Jennifer | $5,001 |

## EXHIBIT C

| Name of Plaintiff | Rule 68 Offer of Judgment |
|---|---:|
| Crane, Susan | $7,501 |
| Goldenberg, Oren | $7,501 |
| Hardie, Richard | $7,501 |
| Jameson, Melissa | $7,501 |
| Kanuse, Sarah | $7,501 |
| Levison, Mike | $7,501 |
| Lovecchio, Masielle | $7,501 |
| McGee, Ryan | $7,501 |
| Paterson, Jeffrey | $7,501 |
| Poe, Katherine | $7,501 |
| Reedsanchez, Edwin | $7,501 |
| Tepsic, Sarah | $7,501 |

Index Number 05 CV 8453 (KMK)(JCF)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| TARASIK ABDELL, et al.,<br><br>                                         Plaintiffs,<br><br>-against-<br><br>CITY OF NEW YORK, et al.,<br><br>                                        Defendants. |
| **RULE 68 OFFER OF JUDGMENT** |
| *MICHAEL A. CARDOZO*<br>*Corporation Counsel of the City of New York*<br>*Attorney for defendants*<br>*100 Church Street*<br>*New York, N.Y. 10007*<br>*Of Counsel: Jeffrey A. Dougherty*<br><br>*Tel: (212) 788-8342*<br>*NYCLIS No. 05 SF 022702* |
| *Due and timely service by FACSIMILE and FIRST CLASS MAIL is hereby admitted.*<br><br>*New York, New York  March 6, 2006*<br><br>*Jeffrey A. Dougherty, Esq.*<br><br>*Attorney for defendants* |

-5-