UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TARASIK ABDELL, et al.         )         NOTICE OF ACCEPTANCE OF
                               )         RULE 68
            Plaintiffs,        )         OFFER OF JUDGEMENT
                               )
    -against-                  )
                               )         05 Civ. 8453 (KMK)(JCF)
THE CITY OF NEW YORK, et al.,  )
                               )
            Defendants.        )
------------------------------------------------------------X

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, the following plaintiffs hereby accept defendant City of New York's March 6, 2006, offer to take judgment against it in this action:

Richard Csontos for the sum of Two Thousand Five Hundred and One Dollars ($2,501.00), plus a pro rata apportionment of the reasonable attorneys' fees and costs to the date of the offer;

Zoe Ginsburg for the sum of Two Thousand Five Hundred and One Dollars ($2,501.00), plus a pro rata apportionment of the reasonable attorneys' fees and costs to the date of the offer;

Thomas Goekler for the sum of Two Thousand Five Hundred and One Dollars ($2,501.00), plus a pro rata apportionment of the reasonable attorneys' fees and costs to the date of the offer;

Rochelle Iannucci for the sum of Two Thousand Five Hundred and One Dollars ($2,501.00), plus a pro rata apportionment of the reasonable attorneys' fees and costs to the date of the offer;

Melissa Jameson for the sum of Seven Thousand Five Hundred and One Dollars

($7,501.00), plus a pro rata apportionment of the reasonable attorneys' fees and costs to the date of the offer;

Richard Larson for the sum of Two Thousand Five Hundred and One Dollars ($2,501.00), plus a pro rata apportionment of the reasonable attorneys' fees and costs to the date of the offer;

Michael Levinson for the sum of Seven Thousand Five Hundred and One Dollars ($7,501.00), plus a pro rata apportionment of the reasonable attorneys' fees and costs to the date of the offer;

Steven Liptay for the sum of Two Thousand Five Hundred and One Dollars ($2,501.00), plus a pro rata apportionment of the reasonable attorneys' fees and costs to the date of the offer;

Robert Minervini for the sum of Two Thousand Five Hundred and One Dollars ($2,501.00), plus a pro rata apportionment of the reasonable attorneys' fees and costs to the date of the offer;

Anthony O'Leary for the sum of Two Thousand Five Hundred and One Dollars ($2,501.00), plus a pro rata apportionment of the reasonable attorneys' fees and costs to the date of the offer;

Michael Owen for the sum of Two Thousand Five Hundred and One Dollars ($2,501.00), plus a pro rata apportionment of the reasonable attorneys' fees and costs to the date of the offer;

Edwin Reed-Sanchez for the sum of Seven Thousand Five Hundred and One Dollars ($7,501.00), plus a pro rata apportionment of the reasonable attorneys' fees and costs to the date of the offer;

Matthew Schenning for the sum of Five Thousand and One Dollars ($5,001.00), plus a pro rata apportionment of the reasonable attorneys' fees and costs to the date of the offer;

Emily Jo Testa for the sum of Two Thousand Five Hundred and One Dollars ($2,501.00), plus a pro rata apportionment of the reasonable attorneys' fees and costs to the date of the offer; and

Patricia Wieland for the sum of Two Thousand Five Hundred and One Dollars ($2,501.00), plus a pro rata apportionment of the reasonable attorneys' fees and costs to the date of the offer.

Dated: New York, New York
March 20, 2006

NORMAN FREDERICK BEST (NB 1968)
575 Madison Avenue, 10th Floor
New York, New York 10022
(212) 671-0122

ALAN LEVINE (AL 5297)
99 Hudson Street, 14th Floor
New York, New York 10013
(212) 739-7506

MICHAEL L. SPIEGEL (MS 0856)
111 Broadway, Suite 1305
New York, New York 10006
(212) 587-4271

MARTIN R. STOLAR (MS 1576)
351 Broadway
New York, New York 10013
(212) 219-1919

Counsel for Plaintiffs

By: _____
Michael L. Spiegel (MS 0856)

TO:  Jeffrey Dougherty, Esq.
     NYC Law Department
     100 Church Street
     New York, NY 10007