# EXHIBIT C

```
UNITED STATES DISTRICT COURT              (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -:
JEFFREY PHILLIPS, et al.,           :     05 Civ. 7624 (KMK) (JCF)
                                    :
              Plaintiffs,           :
                                    :
       - against -                  :
                                    :
THE CITY OF NEW YORK, et al.,       :
                                    :
              Defendants.           :
- - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/06

A pretrial conference having been held on January 18, 2006, it is hereby ORDERED as follows:

1. Plaintiffs' application to limit disclosure of their "rap sheets" to those portions relating to events on dates on or before the Republican National Convention is denied. Subsequent arrests and convictions are relevant at least to the issue of ongoing mental and emotional distress.

2. Plaintiffs' rap sheets shall be reviewed on an attorneys'-eyes-only basis and shall be utilized only for purposes of the instant litigation. Any notes taken concerning the rap sheets and the copies of the rap sheets themselves shall be destroyed at the conclusion of the litigation.

3. The Clerk of Court shall ensure that the only persons who gain access to any plaintiff's rap sheet while it is maintained in the Clerk's Office are the attorney for the plaintiff or a paralegal working on behalf of that attorney or an attorney for defendants or a paralegal working on behalf of that attorney. The

Clerk shall verify the identification of any such person seeking access to a rap sheet.

4. Defendants' counsel shall not be permitted access to any rap sheet prior to January 26, 2006.

5. Defendants' counsel may obtain from plaintiffs their social security numbers solely for the purposes of obtaining rap sheets or medical records. The social security numbers shall be maintained on an attorneys'-eyes-only basis.

6. This Order shall be applicable to all of the RNC cases consolidated for discovery. Defendants' counsel shall serve it electronically on each plaintiff's counsel.

SO ORDERED.

_____
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         January 18, 2006

Copies mailed this date:

Jeffrey A. Rothman, Esq.
575 Madison Avenue, Suite 1006
New York, New York 10022

Peter G. Farrell, Esq.
Special Assistant Corporation Counsel
City of New York Law Department
100 Church Street
New York, New York 10007