

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/20/07

**THE CITY OF NEW YORK**

MICHAEL A. CARDOZO
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JEFFREY A. DOUGHERTY
*Special Assistant Corporation Counsel*
Room 3-126
Telephone: (212) 788-8342
Facsimile: (212) 788-9776
jdougher@law.nyc.gov

**BY HAND DELIVERY**

February 15, 2007

The Honorable Kenneth M. Karas
Unites States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street – Room 920
New York, New York 10007-1312

    Re:    **Abdell, et al., v. City of New York, et al.**, 05 CV 8453 (KMK) (JCF)
            **All Consolidated RNC Cases**, (KMK) (JCF)

Dear Judge Karas:

     I write regarding the briefing schedule for the City's pending Rule 72 objections to the Magistrate Judge's Order Requiring the Destruction of its' Litigation Files. Defendants request that they be permitted to submit their reply papers on or before February 23, 2007. Michael L. Spiegel, Esq. and Jeffrey A. Rothman, Esq., the RNC plaintiffs' counsel who submitted oppositions to defendants' objections consent to this schedule. Defendants request oral argument on this application. If this meets with your approval, would you kindly "so order" it?

Very truly yours,

*Jeffrey A. Dougherty*

Jeffrey A. Dougherty

cc:    All RNC Counsel (by Email as a PDF)

SO ORDERED

KENNETH M. KARAS U.S.D.J.
2/16/07