UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/07
```

TARASIK ABDELL, ET AL.,

               Plaintiffs,

-v-

CITY OF NEW YORK, ET AL.,

               Defendants.

Case No. 05-CV-8453 (KMK) (JCF)

ORDER

KENNETH M. KARAS, District Judge:

WHEREAS the Court has reviewed the correspondence regarding footnote number one to Defendants' Reply Memorandum Objecting to the Magistrate Judge's Order Requiring the Destruction of Litigation Files, which was filed in the above-captioned case on February 23, 2007, by Special Assistant Corporation Counsel Jeffrey A. Dougherty. It is hereby

ORDERED that Jeffrey A. Rothman and Jeffrey A Dougherty shall appear for a conference to address this matter on April 13, 2007, at 4:30 a.m./p.m. in the United States Courthouse for the Southern District of New York, Courtroom 21D, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated: March 12, 2007
      New York, New York

                                          KENNETH M. KARAS
                                          UNITED STATES DISTRICT JUDGE