```
UNITED STATES DISTRICT COURT                (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -:  05 Civ. 8453 (KMK) (JCF)
TARASIK ABDELL, et al.,             :
                                    :
              Plaintiffs,           :          O R D E R
     - against -                    :
                                    :
THE CITY OF NEW YORK, et al.,       :
                                    :
              Defendants.           :
- - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 4/4/07]

Defendants having moved by letter dated February 9, 2007 to dismiss all claims of certain plaintiffs or, in the alternative, to dismiss their claims for emotional distress and loss of liberty, it is hereby ORDERED as follows:

1. The following plaintiffs have declined to provide authorizations in connection with medical or psychological treatment, and their claims for emotional distress are therefore dismissed:

> Matthew Dietzen
> Alexander Holley-Drummond
> Calla Evans
> Adam Feinstein
> Barrett Z. Gross
> Pepper Judd
> Andrew Laken
> Jonathan Logan
> Mark Nechay
> James Watson

In addition, the emotional distress claims of Zachary Vreeland are dismissed, as he has failed to provide authorizations or request an extension. The emotional distress claims of Benjamin Bernard, Michael Joseph, Robert J. Siegel, and Ann Turner were previously dismissed. The claims for loss of liberty are not dismissed, as

1

they are not dependent on proof of emotional injury.

2. The following plaintiffs have produced the required authorizations, and the application to dismiss their emotional distress claims is denied:

> David Barrows
> Kathleen Hernandez
> Benjamin Hunt
> Jennifer Janney
> Sarah Kanouse
> Jay Kantor
> Tessa LaLonde
> Ryan McGee
> Barbara Ann Meisinger
> Tristan Migliore
> Daniel O'Reilly-Rowe
> Shannon Petrello
> Steven Schofield
> Sarah Tepsic
> Ann Trudell

In addition, Dewayne Dickerson is mentioned only in passing in the body of defendants' March 15, 2007 letter. Absent further information, his claims remain intact.

3. Plaintiffs Colleen Cook and Katherine Poe shall produce the required authorizations no later than April 16, 2007, failing which their emotional distress claims shall be summarily dismissed. For Ms. Cook, this means authorizations for her 2001 anad 2004 treatments, and for Ms. Poe it means authorizations for her 2004 treatment at the Renfrew Center.

4. With respect to those plaintiffs whose emotional distress claims remain, by April 15, 2007 they shall provide releases for all pharmacies that have filled prescriptions for drugs used by the plaintiffs in connection with any psychological or emotional conditions, failing which their emotional distress claims shall be

summarily dismissed.

SO ORDERED.

*[signature: James C. Francis IV]*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         April 4, 2007

Copies mailed this date:

Michael L. Spiegel, Esq.
111 Broadway, Suite 1305
New York, New York 10006

Jeffrey A. Dougherty, Esq.
Assistant Corporation Counsel
100 Church Street
New York, New York 10007