

**MEMO ENDORSED**

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

JEFFREY A. DOUGHERTY
*Special Assistant Corporation Counsel*
Room 3-126
Telephone: (212) 788-8342
Facsimile: (212) 788-9776
jdougher@law.nyc.gov

LEAD CASE 04 CIV 7922 (KMK)(JCF)

April 18, 2007

**BY FACSIMILE**
The Honorable James C. Francis IV
United States Magistrate Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1960
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/07

Re:  *Abdell, et al. v. City of New York, et al.* 05 CV 8453 (KMK)(JCF)
     *Adams, et al. v. City of New York, et al.* 05-CV-9434 (KMK)(JCF)

DOCKET IN BOTH CASES

Dear Judge Francis:

   Defendants write to request an additional enlargement of time in which to response to plaintiffs' March 14, 2007 letter seeking an order to compel defendants to comply with plaintiffs' request to make forensic copies of certain TARU videos. Based on the Court's prior two enlargements of the briefing schedule defendants' opposition letter is due on or before April 20, 2007 and plaintiffs' reply on or before May 4, 2007. Defendants are still endeavoring to resolve this issue without the need for judicial intervention.

   Accordingly, defendants request an additional one week adjournment of the current briefing schedule, which would make defendants' responsive letter due on or before April 27, 2007 and plaintiffs' reply due on or before May 11, 2007. Plaintiffs' counsel, Michael L. Spiegel has consented to this adjournment. If this meets with your approval, would you kindly "so order" it. Thank you.

Respectfully submitted,

*Jeffrey A. Dougherty*
Jeffrey A. Dougherty

cc:   Michael L. Spiegel, Esq. (by Facsimile)

4/19/07
Application granted.
SO ORDERED.
*James C. Francis IV*
USMJ