UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 9/10/07

| | |
|---|---|
| HACER DINLER, et al., <br><br>          Plaintiffs, <br><br> -v- <br><br> CITY OF NEW YORK, et al., <br><br>          Defendants. | Case No. 04-CV-7921 (KMK) (JCF) <br><br> ORDER |
| MICHAEL SCHILLER, et al., <br><br>          Plaintiffs, <br><br> -v- <br><br> CITY OF NEW YORK, et al., <br><br>          Defendants. | Case No. 04-CV-7922 (KMK) (JCF) |
| TARASIK ABDELL, et al., <br><br>          Plaintiffs, <br><br> -v- <br><br> CITY OF NEW YORK, et al., <br><br>          Defendants. | Case No. 05-CV-8453 (KMK) (JCF) |

KENNETH M. KARAS, District Judge:

The Clerk of the Court is directed to terminate the following Motions:

- In *Dinler v. City of New York*, 04-cv-7921: Docket Nos. 62 and 68.
- In *Schiller v. City of New York*, 04-cv-7922: Docket Nos. 128 and 152.
- In *Abdell v. city of New York*, 05-cv-8453: Docket No. 65.

SO ORDERED.

Dated:   September 4, 2007
         New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

2