DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/07



THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

JEFFREY A. DOUGHERTY
*Special Assistant Corporation Counsel*
Room 3-126
Telephone: (212) 788-8342
Facsimile: (212) 788-9776
jdougher@law.nyc.gov

November 19, 2007

**BY FACSIMILE**

The Honorable James C. Francis IV
United States Magistrate Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1960
New York, New York 10007-1312

Re: **Abdell, et al., v. City of New York, et al.** 05 CV 8453 (RJS) (JCF)
**Adams, et al., v. City of New York, et al.** 05 CV 8453 (RJS) (JCF)

Dear Judge Francis:

Defendants write to request that they have until November 27, 2007 to submit their reply papers on the pending motion in the captioned actions. That motion seeks dismissal of plaintiffs' claims for failure to provide releases for their non-RNC arrests. Defendants filed their initial letter application on November 1, 2007. Plaintiffs submitted an opposition letter on November 12, 2007. Defense counsel emailed plaintiffs' counsel to inform them of their request for a November 27, 2007 submission date. Plaintiffs' counsel has not indicated his consent or opposition to defendants' scheduling request.

Accordingly, defendants request that Your Honor "so order" their scheduling request and defendants be permitted to serve and file their reply papers on or before November 27, 2007.

Respectfully submitted,

Jeffrey A. Dougherty

cc: Michael L. Spiegel, Esq.

11/21/07
Application granted.
SO ORDERED.
James C. Francis IV
USMJ