# EXHIBIT B

Case 1:05-cv-08453-RJS-JCF   Document 138-3   Filed 12/26/2007   Page 1 of 4

| | |
|---|---|
| Subj: | Activity in Case 1:05-cv-08453-RJS-JCF Abdell et al v. The City of New York et al Endorsed Letter |
| Date: | 12/4/2007 4:42:20 PM Eastern Standard Time |
| From: | NYSD_ECF_Pool@nysd.uscourts.gov |
| To: | deadmail@nysd.uscourts.gov |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

United States District Court for the Southern District of New York

### Notice of Electronic Filing

The following transaction was entered on 12/4/2007 at 4:39 PM EST and filed on 12/4/2007

**Case Name:** Abdell et al v. The City of New York et al
**Case Number:** 1:05-cv-8453
**Filer:**
**Document Number:** 133

Docket Text:
ENDORSED LETTER addressed to Judge Richard J. Sullivan from Jeffrey A. Dougherty dated 12/3/07 re: Counsel requests that the Court enter a consolidated briefing schedule. ENDORSEMENT: The parties request is granted. Counsel are directed to submit a joint status letter by 1/14/08, or upon resolution of the outstanding motions by Magistrate Judge James C. Francis, IV, wichever is earlier, to apprise the Court of the status/developments in these matters. ( Status Report due by 1/14/2008.) (Signed by Judge Richard J. Sullivan on 12/4/07) (db)

1:05-cv-8453 Notice has been electronically mailed to:

James Mirro  jmirro@law.nyc.gov

Alan Levine  alev@att.net

Jay Alan Kranis  jkranis@law.nyc.gov

Fred Michael Weiler  fweiler@law.nyc.gov

Martin R. Stolar  MRSLAW37@hotmail.com

Michael L Spiegel  mikespieg@aol.com, mspiegellaw@gmail.com

Jeffrey Anthony Dougherty  jdougher@law.nyc.gov

Norman Frederick Eugen Best  rbest@rickbest.org

Alan H. Levine  alan_levine@prldef.org

Tuesday, December 04, 2007 America Online: MIKESPIEG

Susan Douglas Taylor st@susandouglastaylor.com

**1:05-cv-8453 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=12/4/2007] [FileNumber=4057145-0
] [67d221f4367eb7251fa37b95c5860c6c1f614909a79b25ac24a2cf68c7ffc2f4c57
061618ea6d30bc942bc75c71b8625abe0127f987dd4b3c3d3b28e05f0dac1]]



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/07

THE CITY OF NEW YORK

## LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

JEFFREY A. DOUGHERTY
*Special Assistant Corporation Counsel*
Room 3-126
Telephone: (212) 788-8342
Facsimile: (212) 788-9776
jdougher@law.nyc.gov

BY FACSIMILE (212-805-7946)[1]

December 3, 2007

The Honorable Richard J. Sullivan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 615
New York, New York 10007

Re: *Adams v. City of New York*, 05-cv-9484 (RJS) (JCF)
*Abdell v. City of New York*, 05-cv-8453 (RJS) (JCF)
*Phillips v. City of New York*, 05-CV-7624 (RJS) (JCF)
*Sikelianos v. City of New York*, 05-CV-7673 (RJS) (JCF)
*Tikkun v. City of New York*, 05-CV-9901 (RJS) (JCF)

Dear Judge Sullivan:

Defendants write regarding the above captioned matters, which are RNC cases that are consolidated before Your Honor and Magistrate James C. Francis IV. Plaintiffs' counsel join in this request.

Plaintiffs in *Adams*, *Phillips*, *Sikelianos*, and *Tikkun* have appealed the dismissal of their emotional distress claims by filing Rule 72 objections. Defendants have not yet filed their opposition to these objections. In the interest of judicial economy, all parties agree that a consolidated briefing schedule is the most efficient way to proceed. Additionally, there are pending motions to dismiss emotional distress claims before Magistrate Francis in *Adams* and *Abdell*. Once Magistrate Francis decides these motions, the parties will submit a joint briefing schedule in the captioned actions. Accordingly, we request that the briefing schedules in *Adams*, *Phillips*, *Sikelianos*, and *Tikkun* be stayed until a decision by Magistrate Francis on the pending motions in *Adams* and *Abdell* is issued.[2] Thereafter, the parties will contact Your Honor and

---

[1] Defendants submit this facsimile with permission of Your Honor's clerk, Gretchen.

[2] A summary of the current scheduling issues for the captioned actions is attached as Ex. A.