UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
TARASIK ABDELL, *et al.*

                                   Plaintiffs,               **NOTICE OF MOTION FOR
RECONSIDERATION**

       -against-

                                               **05 Civ. 8453 (RJS)(JCF)**
THE CITY OF NEW YORK, *et al.*,

                                               **ECF Case**
                                 Defendants.
-------------------------------------------------------------------x

COURTNEY LEE ADAMS, *et al.*

                                     Plaintiffs,

       -against-                        **05 Civ. 9484 (RJS)(JCF)**

THE CITY OF NEW YORK, *et al.*,            **ECF Case**

                                      Defendants.
-------------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that plaintiffs move before the Honorable Magistrate Judge

James C. Francis, IV of this Court, at the United States Courthouse, 500 Pearl Street, New York,

New York, pursuant to Rule 6.3 of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, for reconsideration of an Order filed December 19,

2007, dismissing with prejudice (a) the false arrest claims of plaintiffs Kathleen Burick, Steven

Eckberg, John Theodore Glick, Brian Kavanaugh, Ed Kinane, John M. Miller, Zach Goldstein,

and Brian Hurley; and (b) the mental and emotional distress claims of plaintiffs Oren

Goldenberg, Roger Hill, Ryan Hottle, Jared Lanctot, Nathanial Parry, Raymond Robinson, and

Chris Agnese; and

**PLEASE TAKE FURTHER NOTICE**, that the plaintiffs whose claims were dismissed

move for reinstatement of their claims and an opportunity to produce the releases at issue; and

**PLEASE TAKE FURTHER NOTICE**, that in support of the within motion, the

plaintiffs rely upon the attached Memorandum of Law in Support of Motion for Reconsideration.

Dated:        New York, New York
              December 27, 2007

                                                          _____/s/_____
                                                          MICHAEL L. SPIEGEL, Esq.
                                                          111 Broadway, Suite 1305
                                                          New York, New York 10006
                                                          (212) 587-8558
                                                          *Attorney for Plaintiffs*

TO:    JEFFREY A. DOUGHERTY, ESQ.
       Assistant Corporation Counsel of the
       City of New York
       100 Church Street
       New York, New York 10007
       *Attorney for Defendants*

2