```
UNITED STATES DISTRICT COURT                    (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -:
BETTY BASTIDAS, et al.,             : 05 Civ. 7670 (KMK) (JCF)
                                    :
                Plaintiffs,         :      O R D E R
                                    :
      - against -                   :
                                    :
THE CITY OF NEW YORK, et al.,       :
                                    :
                Defendants.         :
- - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/07

Counsel having submitted letters concerning certain discovery disputes, it is hereby ORDERED as follows:

1. Plaintiff Lauren Caspan shall produce the requested psychiatric and pharmaceutical records, redacting only those portions that allude to a family member. The records, which I have reviewed *in camera*, reflect treatment both recent enough and significant enough to be relevant to plaintiff's claims of emotional distress arising out of her arrest at the Republican National Convention.

2. Plaintiff Caspar shall provide a release for the records of Dr. Vidal in the form requested by defendants.

3. Plaintiff Caspar has represented that she is not pursuing any claims for economic injury and therefore need not produce the requested employment records and releases.

4. Plaintiff Caspar shall provide a release for records relating to her arrest in 2000 or 2001 in Athens, Georgia.

5. Plaintiff Betty Bastidas has represented that she is not pursuing any claim for economic injury and therefore need not

produce the requested employment records and releases.

6. Plaintiff Gregg Ross shall produce releases for the therapists and corresponding pharmacies in connection with any mental health treatments identified in his Responses.

7. Plaintiff Ross has represented that he has received no treatment for wrist or urinary issues and therefore need not identify service providers.

8. Plaintiff Ross shall identify and provide releases for the records of any prior or subsequent arrest.

9. Plaintiff Jerel Walden has represented that he has received no treatment for mental health or shoulder issues and therefore need not identify service providers.

10. Plaintiff Walden has represented that he is not pursuing any claims for economic injury and therefore need not produce the requested employment records and releases.

11. Plaintiff Walden shall identify and provide releases for the records of any prior or subsequent arrest.

12. Plaintiff Walden shall verify his interrogatory answers.

13. Plaintiffs shall comply with this Order by July 20, 2007.

SO ORDERED.

*James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
July 5, 2007

Copies mailed this date:

Jeffrey A. Rothman, Esq.
575 Madison Avenue, Suite 1006
New York, New York 10022

Jeffery A. Dougherty, Esq.
Special Assistant Corporation Counsel
100 Church Street - Room 3-126
New York, New York 10007