USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEFFREY PHILLIPS, *et al.*,

        Plaintiffs,

  -v-

CITY OF NEW YORK, *et al.*,

        Defendants.

No. 05 Civ. 7624 (RJS) (JCF)
ORDER

---

NIKOLAS SIKELIANOS,

        Plaintiff,

  -v-

CITY OF NEW YORK, *et al.*,

        Defendants.

No. 05 Civ. 7673 (RJS) (JCF)
ORDER

---

TARASIK ABDELL, *et al.*,

        Plaintiffs,

  -v-

CITY OF NEW YORK, *et al.*,

        Defendants.

No. 05 Civ. 8453 (RJS) (JCF)
ORDER

---

KAITLYN TIKKUN,

        Plaintiff,

  -v-

CITY OF NEW YORK, *et al.*,

        Defendants.

No. 05 Civ. 9901 (RJS) (JCF)
ORDER

| COURTNEY LEE ADAMS, *et al.*, | |
|---|---|
| Plaintiffs, | No. 05 Civ. 9484 (RJS) (JCF) |
| -v- | ORDER |
| CITY OF NEW YORK, *et al.*, | |
| Defendants. | |

RICHARD J. SULLIVAN, District Judge:

By letter dated January 14, 2008, defendants request, on consent of plaintiffs, an extension of the briefing schedule relating to a consolidated appeal of rulings by the Honorable James C. Francis IV, Magistrate Judge, wherein he dismissed the emotional distress claims of certain plaintiffs in the above-entitled RNC actions.

IT IS HEREBY ORDERED that defendants' request is GRANTED. Defendants shall file their opposition papers within twenty (20) days of Magistrate Judge Francis' forthcoming decision regarding the pending motions to dismiss the emotional distress claims of plaintiffs Agnese and Graham in the *Adams* action.

IT IS FURTHER ORDERED that, if such motions to dismiss are not resolved within thirty (30) days of the date of this Order, defendants must submit a letter to the Court regarding the status of those motions.

SO ORDERED.

DATED:   New York, New York
         January 15, 2007

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE