UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSEPH AMATO, et al.,                )
                                     )
                    Plaintiffs,      )    **AFFIDAVIT OF SERVICE**
                                     )
    -against-                        )    **05 CV 8453 (RJS)(JCF)**
                                     )
THE CITY OF NEW YORK, et al.         )
                                     )
                    Defendants.      )
-----------------------------------------------------------------X

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

      Patricia Choi, being duly sworn, deposes and says that the deponent is not a party to this action, is over the age of eighteen years, and is employed by Michael L. Spiegel, Esq., with offices located at 111 Broadway, Suite 1305, New York, New York 10006.

      (1) That on February 4, 2008 at 3:58 pm, deponent served a summons and complaint in the above-captioned matter upon defendants Stephen Hammerman, Ruby Marin-Jordan, Thomas Doepfner, and Kerry Sweet at their places of employment, c/o NYPD Legal Bureau, 1 Police Plaza, 14th floor, New York, NY 10038. The set of documents was accepted and stamped by Lisa Moore, an attorney with the Legal Bureau. Ms. Moore is African-American, 5'4" tall, 135 pounds, and has black hair.

      (2) That on February 4, 2008 at 4:10 pm, deponent served a summons and complaint in the above-captioned matter upon defendant David Cohen at his place of employment, c/o NYPD, 1 Police Plaza, Room 1108, New York, NY 10038. The set of documents was accepted by Det. James Klobus. Det. Klobus is white, 5'7" tall, 180 pounds, and bald.

      (3) That on February 4, 2008 at 4:15 pm, deponent served a summons and complaint in the above-captioned matter upon defendant John Colgan at his place of employment, c/o NYPD, 1

Police Plaza, Room 1109, New York, NY 10038. The set of documents was accepted by Det. David Kao. Det. Kao is Asian, 5'9" tall, 165 pounds, and has black hair.

(4) That on the 5th day of February 2008, deponent mailed true copies of the summons and complaint to each defendant listed in paragraphs (1)-(3) above. Each set of documents was mailed in separate envelopes to the same address where documents had been served. The envelopes were marked "Personal and Confidential" and without any indication that communication was from an attorney or concerned any action against the individuals. The envelopes were placed in a U.S. mailbox at the post office located at 90 Church Street, New York, New York.

_____
Patricia Choi

Sworn to before me this 5th
day of February, 2008

_____
Notary Public

MICHAEL L. SPIEGEL
Notary Public, State of New York
No. 02SP5072155
Qualified in New York County
Commission Expires Jan. 27, 2011

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

Joseph Amato, et al.,

**AMENDED SUMMONS IN A CIVIL ACTION**

V.

The City of New York, et al.,

CASE NUMBER: 05 CV 8453 (RJS) (JCF)

TO: (Name and address of Defendant)

Ruby Marin-Jordan
NYPD Legal Bureau
1 Police Plaza
New York, NY 10038

POLICE DEPARTMENT
CITY OF NEW YORK
2008 FEB -4  P 3:58

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Spiegel
111 Broadway, Suite 1305
New York, NY 10006

an answer to the complaint which is served on you with this summons, within _____ twenty _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                          JAN 28 2008
CLERK                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
　　　　　　　　Date　　　　　　　　　　　Signature of Server

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

Joseph Amato, et al.,

V.

The City of New York, et al.,

**AMENDED**
**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   05 CV 8453 (RJS) (JCF)

TO: (Name and address of Defendant)

Thomas Doepfner
NYPD Legal Bureau
1 Police Plaza
New York, NY 10038

[Stamp: POLICE DEPARTMENT CITY OF NEW YORK 2008 FEB -4 P 3:58]

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Spiegel
111 Broadway, Suite 1305
New York, NY 10006

an answer to the complaint which is served on you with this summons, within ____twenty____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    JAN 28 2008
CLERK                                                 DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                    Date                                  *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

Joseph Amato, et al.,

**AMENDED**
**SUMMONS IN A CIVIL ACTION**

V.

The City of New York, et al.,

CASE NUMBER: 05 CV 8453 (RJS) (JCF)

TO: (Name and address of Defendant)

Stephen Hammerman
NYPD Legal Bureau
1 Police Plaza
New York, NY 10038

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Spiegel
111 Broadway, Suite 1305
New York, NY 10006

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON      JAN 28 2008
CLERK                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                Date                          Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

Joseph Amato, et al.,

**AMENDED**
**SUMMONS IN A CIVIL ACTION**

V.

The City of New York, et al.,

CASE NUMBER: 05 CV 8453 (RJS) (JCF)

*[Stamp: POLICE DEPARTMENT CITY OF NEW YORK 2008 FEB -4 P 4: 10]*

TO: (Name and address of Defendant)

Kerry Sweet
NYPD Legal Bureau
1 Police Plaza
New York, NY 10038

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Spiegel
111 Broadway, Suite 1305
New York, NY 10006

an answer to the complaint which is served on you with this summons, within _____twenty_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    JAN 2 8 2008
CLERK                                                              DATE
         *[signature]*
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                   Date                                  Signature of Server

                                       _____
                                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

Joseph Amato, et al.,

V.

The City of New York, et al.,

**AMENDED SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05 CV 8453 (RJS) (JCF)

*[handwritten: Det James Kleb 02/04/08 16:10 HRS]*

TO: (Name and address of Defendant)

David Cohen
NYPD Legal Bureau
1 Police Plaza, Rm 1108
New York, NY 10038

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Spiegel
111 Broadway, Suite 1305
New York, NY 10006

an answer to the complaint which is served on you with this summons, within ____twenty____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

*[signature]*

(By) DEPUTY CLERK

DATE: JAN 2 8 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                  Date                       Signature of Server

                              _____
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

Joseph Amato, et al.,

V.

The City of New York, et al.,

**AMENDED**
SUMMONS IN A CIVIL ACTION

CASE NUMBER: 05 CV 8453 (RJS) (JCF)

TO: (Name and address of Defendant)

John Colgan
NYPD Legal Bureau
1 Police Plaza, Rm 1109
New York, NY 10038

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Spiegel
111 Broadway, Suite 1305
New York, NY 10006

Received 02/04/2008 @ 1615HRS
[signature] (KAO)

an answer to the complaint which is served on you with this summons, within ____twenty____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                JAN 28 2008

CLERK                                             DATE
[signature]
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
　　　　　　　　Date　　　　　　　　　Signature of Server

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.