MEMO ENDORSED



THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**JEFFREY A. DOUGHERTY**
*Special Assistant Corporation Counsel*
Room 3-126
Telephone: (212) 788-8342
Facsimile: (212) 788-9776
jdougher@law.nyc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08

**BY FACSIMILE**

January 30, 2008

The Honorable James C. Francis IV
Unites States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street – Room 1960
New York, New York 10007-1312

*LEAD CASE 04CIV7922*
*Docket IN BOTH CASES*

Re:  <u>Abdell, et al. v. City of New York, et al.</u>, 05 CV 8453 (RJS) (JCF)
     <u>Adams, et al. v. City of New York, et al.</u>, 05 CV 9484 (RJS) (JCF)

Dear Judge Francis:

Defendants write regarding the Court's December 19, 2007 Order in the captioned actions. Paragraph five of that Order requires plaintiffs Burns, Sakayama, Wood, Zalk, Colville, Rochfort, Maddox, Codel and Zarrella to appear for continued depositions on or before January 31, 2008. Defendants are still gathering records pursuant to the releases plaintiffs provided and some plaintiffs must make travel arrangements to New York City. Accordingly, the parties jointly request that the Court extend the deadline for these continued depositions to February 29, 2008.

If this meets with your approval, would you kindly "so order" it.

Respectfully submitted,

*Jeffrey A. Dougherty*

Jeffrey A. Dougherty

*2/14/08*
*Application granted.*
*SO ORDERED.*
*James C. Francis IV*
*USMJ*

cc:    Michael L. Spiegel, Esq.