UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------: 
TARASIK ABDELL, et al.,             :   05 Civ. 8453 (RJS) (JCF)
                                    :
            Plaintiffs,             :   O R D E R
                                    :
    - against -                     :
                                    :
THE CITY OF NEW YORK, et al.,       :
                                    :
            Defendants.             :
------------------------------------:
COURTNEY LEE ADAMS, et al.,         :   05 Civ. 9484 (RJS) (JCF)
                                    :
            Plaintiffs,             :
                                    :
    - against -                     :
                                    :
THE CITY OF NEW YORK, et al.,       :
                                    :
            Defendants.             :
------------------------------------:

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/20/08

Plaintiffs having moved for reconsideration of my Order dated December 19, 2007, insofar as that order dismissed with prejudice (a) the false arrest claims of plaintiffs Kathleen Burick, Steven Eckberg, John Theodore Glick, Brian Kavanaugh, Ed Kinane, John M. Miller, Zach Goldstein, and Brian Hurley; and (b) the mental and emotional distress claims of plaintiffs Oren Goldenberg, Roger Hill, Ryan Hottle, Jared Lanctot, Nathanial Parry, Raymond Robinson, and Chris Agnese, it is hereby ORDERED as follows:

1. Reconsideration is granted and the challenged portions of the December 19, 2007 Order are vacated. While the conduct of plaintiffs' counsel in producing requested releases does not reflect a consistent interpretation of my prior orders, it is at least arguable that those orders did not require releases for

1

arrests more than ten years old or for arrests resulting in conviction.

2. Plaintiffs shall produce all of the requested releases forthwith, without limitation based on the date of arrest or ultimate disposition.

3. Disputes concerning the need for and method of any reopened depositions of these plaintiffs shall be considered on a case-by-case basis after counsel have met and conferred.

SO ORDERED.

*(signature)*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         February 20, 2008

Copies mailed this date:

Michael L. Spiegel, Esq.
111 Broadway, Suite 1305
New York, New York 10006

Jeffrey A. Dougherty, Esq.
Assistant Corporation Counsel
100 Church Street
New York, New York 10007