UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
TARASIK ABDELL, *et al.*

                            Plaintiffs,            NOTICE OF MOTION FOR
                                              RECONSIDERATION

        -against-

                                                05 Civ. 8453 (RJS)(JCF)
THE CITY OF NEW YORK, *et al.*,

                                                ECF Case
                          Defendants.
-----------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that plaintiffs move before the Honorable Magistrate Judge James C. Francis, IV of this Court, at the United States Courthouse, 500 Pearl Street, New York, New York, pursuant to Rule 6.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for reconsideration of an Order filed January 23, 2008, denying that portion of plaintiffs' motion for leave to file their Third Amended Complaint that asserted a facial challenge to New York's disorderly conduct statute, Penal Law § 240.20(5).

Dated: New York, New York
       February 25, 2008

                                                                  /s/
                                                               ALAN LEVINE
                                                  99 Hudson Street, 14th Floor
                                                  New York, New York 10003
                                                  (212) 739-7506

                                                  MICHAEL L. SPIEGEL, Esq.
                                                  111 Broadway, Suite 1305
                                                  New York, New York 10006
                                                  (212) 587-8558
                                                  *Attorneys for Plaintiffs*

TO:    JEFFREY A. DOUGHERTY, ESQ.
          Law Department
          100 Church Street
          New York, New York 10007
          *Attorney for Defendants*