

```
                                                            USDS SDNY
                                                            DOCUMENT
                                                            ELECTRONICALLY FILED
                                                            DOC #: _____
                                                            DATE FILED: 3/3/08
```

THE CITY OF NEW YORK

# LAW DEPARTMENT

MICHAEL A. CARDOZO  
*Corporation Counsel*

100 CHURCH STREET  
NEW YORK, NY 10007

JEFFREY A. DOUGHERTY  
*Special Assistant Corporation Counsel*  
Room 3-126  
Telephone: (212) 788-8342  
Facsimile: (212) 788-9776  
jdougher@law.nyc.gov

**BY HAND DELIVERY**

February 28, 2008

The Honorable Richard J. Sullivan  
United States District Judge  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl Street, Room 615  
New York, New York 10007

Re:  **Adams v. City of New York**, 05-CV-9484 (RJS) (JCF)  
     **Abdell v. City of New York**, 05-CV-8453 (RJS) (JCF)  
     **Phillips v. City of New York**, 05-CV-7624 (RJS) (JCF)  
     **Sikelianos v. City of New York**, 05-CV-7673 (RJS) (JCF)  
     **Tikkun v. City of New York**, 05-CV-9901 (RJS) (JCF)

Dear Judge Sullivan:

Defendants write regarding the scheduling of the parties submissions in the captioned actions related to plaintiffs' appeals of Magistrate Francis' dismissal of their emotional distress claims. More precisely, in accordance with Your Honor's Memo Endorsed Order dated February 6, 2008, defendants advise the Court that they will serve and file their consolidated opposition papers on or before March 6, 2008.[1] The parties have agreed that plaintiffs will file and serve their reply papers on or before March 24, 2008.

Accordingly, the parties request that Your Honor "so order" this schedule.

Respectfully submitted,

Jeffrey A. Dougherty

cc:  Hon. James C. Francis IV.  
     Michael Spiegel, Esq.  
     Jeffrey Rothman, Esq.  
     Andrea Ritchie, Esq.

SO ORDERED  
Dated: 2/29/08  
RICHARD J. SULLIVAN  
U.S.D.J.

---

[1] In accordance with Your Honor's Order, defendants calculated this as the proper filing and service date.