UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9|4|08

TARASIK ABDELL, *et al.*,

Plaintiffs,

No. 05 Civ. 8453 (RJS) (JCF)
ORDER

-v-

CITY OF NEW YORK, *et al.*,

Defendants.

RICHARD J. SULLIVAN, District Judge:

On December 27, 2007, Plaintiffs filed a Rule 72 objection to the December 18, 2007 order

of the Honorable James C. Francis, Magistrate Judge. (*See* Docket Entry 138.)

Plaintiffs' objection was incorrectly filed as a motion, and the motion is hereby terminated.

The termination shall have no effect on the Court's consideration of Plaintiffs' objection other than

to technically remove it from the motions docket.

Accordingly, the Clerk of the Court is respectfully directed to terminate the entry of

document number 138 as a motion.

SO ORDERED.

DATED:     New York, New York
           September 4, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE