USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-14-14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

TARASIK ABDELL, et al.,

                Plaintiffs,

      -against-

THE CITY OF NEW YORK; MICHAEL BLOOMBERG,
Mayor of the City of New York, RAYMOND KELLY,
Commissioner of the New York City Police Department,
JOHN COLGAN, Assistant Chief of the New York City
Police Department, TERRENCE MONAHAN, Assistant
Chief of the New York City Police Department, THOMAS
GALATI, STEPHEN HAMMERMAN, THOMAS
DOEPFNER, RUBY MARIN-JORDAN, KERRY SWEET,
DAVID COHEN, and JOHN and JANE DOES,

                Defendants.

------------------------------------------------------------

**STIPULATION AND ORDER
OF DISMISSAL**

**05 CV 8453 (RJS) (JCF)**

      **WHEREAS**, on September 30, 2012, the Court issued a decision and order on the parties' respective motions for partial summary judgment (the "Order"); and

      **WHEREAS**, the Order, *inter alia*, granted summary judgment to plaintiffs on their claim of false arrest; and

      **WHEREAS**, Plaintiffs Steven Ekberg, Howard Gale, Andrew St. Laurent and Robert Siegel desire to proceed to a damages trial on the previously decided claim of false arrest in the Order; and

      **WHEREAS**, Plaintiffs Steven Ekberg, Howard Gale, Andrew St. Laurent and Robert Siegel agree to dismiss with prejudice all other claims apart from their false arrest claim;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by

and between the undersigned, as follows:

1.  Plaintiffs Steven Ekberg, Howard Gale, Andrew St. Laurent and Robert Siegel, pursuant to Fed.R.Civ.Pro. 41(a)(1)(A)(ii), hereby voluntarily dismiss with prejudice all of their claims with the exception of their claim of false arrest which was previously decided in the Court's Order.

2.  Plaintiffs Steven Ekberg's, Howard Gale's, Andrew St. Laurent's and Robert Siegel's claims for attorneys' fees, costs and expenses up to and including December 9, 2013, are dismissed with prejudice.

Dated:  New York, New York
       January 29, 2014

NORMAN FREDERICK BEST, ESQ.

*Attorney for Plaintiff*
575 Madison Avenue, 10th Floor
New York, NY 10022
Tel: (212) 671-0122

By: _____
      Norman Frederick Best
      *Attorney for Plaintiff*

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants*
100 Church Street, Rm. 3-131
New York, New York 10007
(212) 326-2650

By: _____
      Michael K. Gertzer
      *Assistant Corporation Counsel*

ALAN LEVINE, ESQ.

*Attorney for Plaintiff*
99 Hudson Street, 14th Floor
New York, NY 10013
Tel: (212) 739-7506

By: _____
      Alan Levine
      *Attorney for Plaintiff*

MICHAEL L. SPIEGEL, ESQ.

*Attorney for Plaintiff*
11 Park Place, Suite 914
New York, New York 10007
Tel: (212) 587-8558

By: _____
      Michael L. Spiegel
      *Attorney for Plaintiff*

Susan Douglas Taylor, Esq.
Attorney for Plaintiffs
575 Madison Avenue, 10th floor
New York, NY 10022

MARTIN R. STOLAR, ESQ.

*Attorney for Plaintiff*
351 Broadway
New York, NY 10013
Tel: (212) 219-1919

By:

Alan Levine
*Attorney for Plaintiff*

Dated: New York, New York
~~January~~ Feb. 14, 2014

SO ORDERED:

HON. RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE