UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



MICHAEL SCHILLER, *et al.*,

                     Plaintiffs,

-v-

CITY OF NEW YORK, *et al.*,

                     Defendants.

No. 04 Civ. 7922 (RJS)
ORDER
[DOCKET IN ALL RELATED RNC CASES]

RICHARD J. SULLIVAN, District Judge:

    The Court has been informed that all RNC claims have been settled except for those brought by: (1) Brian Conley; (2) Yusuke Banno; (3) Valarie Brar; (4) Joshua Russell; (5) Kate Freitag; (6) Steven Ekberg; (7) Howard Gale; (8) Andrew St. Laurent; and (9) Robert Siegel. Accordingly, IT IS HEREBY ORDERED THAT all RNC cases, with the exception of the claims brought by the Plaintiffs listed above, are dismissed with prejudice but without costs. However, within thirty days of the date of this Order, any party may send a letter requesting to restore any action to the undersigned's calendar. Upon receipt of such a letter, the action will be restored. SO ORDERED.

DATED:    March 12, 2014
                New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE