UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN EKBERG, HOWARD GALE, ANDREW
ST. LAURENT, and ROBERT SIEGEL,

Plaintiffs,

-v-

THE CITY OF NEW YORK, TERRENCE
MONAHAN, and THOMAS GALATI,

Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/02/14

No. 05-cv-8453  (RJS)

## QUESTION 1

What amount of compensatory damages do you find Steven Ekberg is entitled to as a result of his unlawful arrest?

$ $40,000

## QUESTION 2

What amount of compensatory damages do you find Howard Gale is entitled to as a result of his unlawful arrest?

$ $40,000

## QUESTION 3

What amount of compensatory damages do you find Andrew St. Laurent is entitled to as a result of his unlawful arrest?

$ $40,000

## QUESTION 4

What amount of compensatory damages do you find Robert Siegel is entitled to as a result of his unlawful arrest?

$ $40,000

## QUESTION 5

In addition to the compensatory damages you have awarded the Plaintiffs, which compensate them for damages they actually suffered, do you find that Terrence Monahan should pay punitive damages?



Yes                                    No

*If you answered "Yes" to Question 5, continue to Questions 6.  If you answered "No" to Question 5, do not answer Question 6.  Instead, continue to Question 7.*

## QUESTION 6

What amount of punitive damages do you find Terrence Monahan should pay?



$ 25,000

## QUESTION 7

In addition to the compensatory damages you have awarded the Plaintiffs, which compensate them for damages they actually suffered, do you find that Thomas Galati should pay punitive damages?



Yes                                    No

*If you answered "Yes" to Question 7, continue to Questions 8.  If you answered "No" to Question 7, do not answer Question 8.  Instead, you are to conclude your deliberations and sign the verdict form.*

## QUESTION 8

What amount of punitive damages do you find Thomas Galati should pay?



$ 0

*Once you have finished answering these questions, you are to conclude your deliberations and sign the verdict form.*

_____
Foreperson

7/1/2014
Date